# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Chantel Patterson<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>    Defendant. | Case No. 5:14-cv-01189<br><br><br>**NOTICE OF SETTLEMENT** |

    Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

    By:  s/ Jeffrey S. Hyslip____
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        917 W. 18th Street
        Suite 200
        Chicago, IL 60608
        Phone: 312-380-6110
        Fax: 312-361-3509
        Email: jeffrey@lifetimedebtsolutions.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2014, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Theodore W. Seitz, Esq.
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
Counsel for:
Asset Acceptance, LLC

                                                  s/ Jeffrey S. Hyslip