# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHANTEL PATTERSON, | ) CASE NO. 5:14 CV 1189 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| v. | ) <u>ORDER</u> |
| ASSET ACCEPTANCE, LLC, | ) |
| Defendant. | ) |

The Plaintiff has informed the Court that this matter has been resolved. Doc. 4. Accordingly, the docket will be marked "settled and dismissed with prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


   June 27, 2014                                                                           /s/Judge John R. Adams
Date                                                                   JUDGE JOHN R. ADAMS
                                                                        UNITED STATES DISTRICT COURT